**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERYL TURCO,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF ENGLEWOOD, NEW JERSEY,<br><br>                Defendant. | Civ. Action No. 15-3008 (SDW) (LDW)<br><br>**ORDER & JUDGMENT**<br><br>August 12, 2022 |

**WIGENTON**, District Judge.

      This Court held a bench trial for two days in this matter regarding Plaintiff Jeryl Turco's ("Plaintiff") claims against Defendant City of Englewood, New Jersey ("Defendant"). For the reasons stated in this Court's Trial Opinion dated August 12, 2022,

      **IT IS**, on this 12th day of August 2022,

      **ORDERED** that judgment is entered in favor of Defendant on all claims, and

      **ORDERED** that Plaintiff's Complaint is **DISMISSED**.

      **SO ORDERED.**

                                                                  s/ *Susan D. Wigenton*
                                                                  **SUSAN D. WIGENTON**
                                                                  **UNITED STATES DISTRICT JUDGE**

Orig:        Clerk
cc:          Hon. Leda D. Wettre, U.S.M.J.
               Parties