| | |
|---|---|
| Francis J. Manion | Mark R. Scirocco |
| American Center for Law & Justice | Legal Center for Defense of Life, Inc. |
| Post Office Box 60 | Law Offices of Robert A. Scirocco |
| New Hope, Kentucky 40052 | 98 Route 46, Suite 6 |
| Tel. 502-549-7020; Fax. 502-549-5252 | Budd Lake, New Jersey 07828 |
| fmanion@aclj.org | Tel. 973-691-1188; Fax 973-691-3353 |
| | mark@sciroccoesq.com |

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERYL TURCO, | Case No. 2:15-cv-03008 |
| Plaintiff, | Judge Susan D. Wigenton |
| | Magistrate Judge Leda D. Wettre |
| v. | |
| CITY OF ENGLEWOOD, NEW JERSEY, | |
| Defendant. | |

## NOTICE OF APPEAL

Plaintiff Jeryl Turco appeals to the United States Court of Appeals for the Third Circuit from this Court's Trial Opinion (Doc. 97) and Order and Judgment (Doc. 98), issued August 12, 2022, entering judgment in favor of Defendant on all Plaintiff's claims and dismissing Plaintiff's complaint.

Respectfully submitted on this 2d day of September 2022.

| | |
|---|---|
| /s/ Francis J. Manion<br>Francis J. Manion<br>*Lead Attorney*<br>Geoffrey R. Surtees*<br>American Center for Law & Justice<br>Post Office Box 60<br>New Hope, Kentucky 40052<br>Tel. 502-549-7020; Fax 502-549-5252<br>fmanion@aclj.org; gsurtees@aclj.org<br><br>Erik M. Zimmerman*<br>Edward L. White III*<br>American Center for Law & Justice<br>3001 Plymouth Road, Suite 203<br>Ann Arbor, Michigan 48105<br>Tel. 734-680-8007; Fax 734-680-8006<br>ewhite@aclj.org;<br>ezimmerman@aclj.org | Mark R. Scirocco<br>Legal Center for Defense of Life, Inc.<br>Law Offices of Robert A. Scirocco<br>98 Route 46, Suite 6<br>Budd Lake, New Jersey 07828<br>Tel. 973-691-1188; Fax 973-691-3353<br>mark@sciroccoesq.com<br><br>* Admitted pro hac vice<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Francis J. Manion
Francis J. Manion
American Center for Law & Justice
Post Office Box 60
New Hope, Kentucky 40052
Tel. 502-549-7020; Fax. 502-549-5252
fmanion@aclj.org
